UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>     Plaintiff,<br><br>v.<br><br>SPEEDY AUTO CARE, INC. et al.,<br><br>     Defendants. | Case No. 2:23-cv-10721-SB-SK<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

     Plaintiff Lamar Myers filed this case against Defendants Speedy Auto Care, Inc. and Steven K. Drulis on December 22, 2023, and their responsive pleadings were due January 26 and 29, 2024.  Dkt. Nos. 11, 13.  Defendants have failed to respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than February 7, 2024, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

     The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 7, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendants.

Date: January 30, 2024

                                                        Stanley Blumenfeld, Jr.
                                                United States District Judge